IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN FOOTE (aka Kevin Kelly), Individually and on behalf of all others similarly situated;

BRANDON TATE, Individually and on behalf of all others similarly situated; and

BRENT TATE, Individually and on behalf of all others similarly situated;

  Plaintiffs,

v.

ALL ELITE WRESTLING, LLC;

IAN RICCABONI; and

TONY KHAN;

  Defendants.

Civil Action No. _____

## DECLARATION OF CHRIS HARRINGTON

  I, Chris Harrington, declare that I am of full age and that, if called upon to testify under oath, I could and would testify competently to the following:

  1. I currently serve in the position of Senior Vice President for Business Strategy for All Elite Wrestling, LLC ("AEW"). I make this declaration based upon my knowledge of AEW's operations and my review of AEW's business records.

1 of 2

2. Between September 1, 2022, and the present, 290 individuals (the "Putative Class Members") provided services to AEW as wrestlers or as non-wrestling talent under independent-contractor agreements.

3. The Putative Class Members reside in diverse states. Based on AEW's records, only ten of the Putative Class Members, or 3.4%, have last-known addresses within the Commonwealth of Pennsylvania.

4. Between September 1, 2022, and the present, AEW paid the Putative Class Members more than $60,000,000 in the aggregate.

5. If the Putative Class Members were reclassified as employees, then AEW would incur tax liability of at least 9.95% of the pay rendered to Putative Class Members, meaning more than $5,970,000 in the aggregate.

6. If the Putative Class Members were reclassified as employees, then AEW would incur costs in connection with employee benefits of approximately $18,125 annually per employee, meaning $5,256,250 per year in the aggregate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed on October 4, 2024.

_____
Chris Harrington
Senior Vice President, Business Strategy
All Elite Wrestling, LLC