## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:24–cv–05351–MRP

FOOTE et al v. ALL ELITE WRESTLING, LLC et al  
Assigned to: DISTRICT JUDGE MIA ROBERTS PEREZ  
Cause: 29:201 Fair Labor Standards Act

Date Filed: 10/04/2024  
Date Terminated: 11/21/2024  
Jury Demand: Both  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**KEVIN FOOTE**  
*INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*  
*agent of*  
AKA KEVIN KELLY

represented by **BENJAMIN BAER**  
Injury Law Partners  
1628 JFK Boulevard  
Suite 1302  
Philadelphia, PA 19103  
215–402–5900  
Email: bbaer@injurylawpartners.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Stephen P. New**  
New Taylor and Associates  
101 North Kanawha Street Suite 302  
Beckley, WV 25801  
304–362–7345  
Fax: 304–250–6012  
Email: steve@newlawoffice.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BRANDON TATE**  
*INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*

represented by **BENJAMIN BAER**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Stephen P. New**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BRENT TATE**  
*INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*

represented by **BENJAMIN BAER**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Stephen P. New**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ALL ELITE WRESTLING, LLC**        represented by   **BILL TYLER WHITE**
Jackson Lewis P.C.
501 Riverside Avenue
Ste 902
Jacksonville, FL 32202
904−638−2655
Email: tyler.white@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES D MCGUIRE**
Jackson Lewis P.C.
501 Riverside Avenue
Suite 902
Jacksonville, FL 32202
904−638−2655
Email: james.mcguire@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DANIEL FREDERICK THORNTON**
Jackson Lewis P.C.
1601 Cherry Street
Suite 1350
Philadelphia, PA 19102
267−319−7802
Email: Daniel.Thornton@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**IAN RICCABONI**        represented by   **BILL TYLER WHITE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES D MCGUIRE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DANIEL FREDERICK THORNTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**TONY KHAN** represented by **BILL TYLER WHITE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES D MCGUIRE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DANIEL FREDERICK THORNTON**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2024 | Ï 1 | NOTICE OF REMOVAL by IAN RICCABONI, TONY KHAN, ALL ELITE WRESTLING, LLC (Filing fee $ 405 receipt number APAEDC−17792336), filed by IAN RICCABONI, TONY KHAN, ALL ELITE WRESTLING, LLC. (Attachments: # 1 Declaration of Chris Harrington, # 2 Exhibit A−Plaintiffs' Class Action Complaint, # 3 Exhibit B−CCP Docket Sheet, # 4 Exhibit C−Notice of Compliance, # 5 Civil Cover Sheet, # 6 Designation Form)(THORNTON, DANIEL) (Entered: 10/04/2024) |
| 10/07/2024 | Ï 2 | State Court record received from Court of Common Pleas of Philadelphia County. (CCP − Philadelphia County cv, ) (Entered: 10/07/2024) |
| 10/07/2024 | Ï 3 | ORDERED THAT COUNSEL CONTEMPLATING FILING A MOTION UNDER FED. R. CIV. P. 12(B)(6), (E), OR (F), SHALL FIRST CONTACT OPPOSING COUNSEL TO DISCUSS THE SUBSTANCE OF THE CONTEMPLATED MOTION AND TO PROVIDE AN OPPORTUNITY TO CURE ANY ALLEGED PLEADING DEFICIENCIES OR STRIKE CERTAIN MATTER. THIS CONFERENCE SHALL TAKE PLACE AT LEAST SEVEN (7) DAYS BEFORE THE FILING OF THE MOTION. SIGNED BY DISTRICT JUDGE MIA ROBERTS PEREZ ON 10/7/24. 10/7/24 ENTERED AND COPIES E−MAILED.(rf, ) (Entered: 10/07/2024) |
| 10/08/2024 | Ï 4 | Disclosure Statement Form pursuant to FRCP 7.1 including Beatnick Investments, LLC with Certificate of Service by ALL ELITE WRESTLING, LLC.(THORNTON, DANIEL) (Entered: 10/08/2024) |
| 10/08/2024 | Ï 5 | Consent MOTION for Leave to File *Under Seal* filed by ALL ELITE WRESTLING, LLC, TONY KHAN, IAN RICCABONI.Memorandum, Certificate of Service. (Attachments: # 1 Exhibit A−Court of Common Pleas Order to Seal, # 2 Text of Proposed Order)(THORNTON, DANIEL) (Entered: 10/08/2024) |
| 10/08/2024 | Ï 6 | APPLICATION for Admission Pro Hac Vice of James D. McGuire by ALL ELITE WRESTLING, LLC, TONY KHAN, IAN RICCABONI. ( Filing fee $ 75 receipt number APAEDC−17799110.). (THORNTON, DANIEL) (Entered: 10/08/2024) |
| 10/08/2024 | Ï 7 | APPLICATION for Admission Pro Hac Vice of B. Tyler White by ALL ELITE WRESTLING, LLC, TONY KHAN, IAN RICCABONI. ( Filing fee $ 75 receipt number APAEDC−17799113.). (THORNTON, DANIEL) (Entered: 10/08/2024) |
| 10/10/2024 | Ï 8 | ORDER THAT THE APPLICATION FOR PRO HAC VICE ADMISSION OF JAMES D. MCGUIRE IS GRANTED. SIGNED BY DISTRICT JUDGE MIA ROBERTS PEREZ ON |

| | | |
|---|---|---|
| | | 10/10/24. 10/10/24 ENTERED AND COPIES E–MAILED.(rf, ) (Entered: 10/10/2024) |
| 10/10/2024 | 9 | ORDER THAT THE APPLICATION FOR PRO HAC VICE ADMISSION OF B. TYLER WHITE IS GRANTED. SIGNED BY DISTRICT JUDGE MIA ROBERTS PEREZ ON 10/10/24. 10/10/24 ENTERED AND COPIES E–MAILED.(rf, ) (Entered: 10/10/2024) |
| 10/10/2024 | 10 | STIPULATION *Extending Page Limits* by ALL ELITE WRESTLING, LLC, TONY KHAN, IAN RICCABONI. (THORNTON, DANIEL) (Entered: 10/10/2024) |
| 10/11/2024 | 11 | MOTION to Dismiss *Plaintiffs' Complaint for Improper Venue or, in the Alternative, Transfer Venue, or Compel Arbitration and Dismiss Plaintiffs' Complaint* filed by ALL ELITE WRESTLING, LLC, TONY KHAN, IAN RICCABONI.Brief, Certificate of Service. (Attachments: # 1 Exhibit A–Talent Agreement, # 2 Text of Proposed Order)(THORNTON, DANIEL) (Entered: 10/11/2024) |
| 10/11/2024 | 12 | APPLICATION for Admission Pro Hac Vice of Stephen P. New by KEVIN FOOTE, BRANDON TATE, BRENT TATE. ( Filing fee $ 75 receipt number APAEDC–17807584.). (BAER, BENJAMIN) (Entered: 10/11/2024) |
| 10/15/2024 | 13 | ORDER THAT APPLICATION OF STEPHEN P. NEW FOR PRO HAC VICE ADMISISON IS GRANTED. SIGNED BY DISTRICT JUDGE MIA ROBERTS PEREZ ON 10/15/24. 10/15/24 ENTERED AND COPIES E–MAILED.(rf, ) (Entered: 10/15/2024) |
| 10/22/2024 | 14 | ORDER granting 5 MOTION FOR LEAVE TO FILE AS OUTLINED HEREIN. SIGNED BY DISTRICT JUDGE MIA ROBERTS PEREZ ON 10/22/24.10/22/24 ENTERED AND COPIES E–MAILED.(rf, ) (Entered: 10/22/2024) |
| 10/22/2024 | 15 | SEALED COMPLAINT against ALL ELITE WRESTLING, LLC, TONY KHAN, IAN RICCABONI, filed by BRENT TATE, KEVIN FOOTE, BRANDON TATE, Exhibits.(FILED UNDER SEAL)(md) (Additional attachment(s) added on 10/22/2024: # 1 Sealed Document, # 2 Sealed Document, # 3 Sealed Document, # 4 Sealed Document, # 5 Sealed Document, # 6 Sealed Document, # 7 Sealed Document, # 8 Sealed Document) (md). (Entered: 10/22/2024) |
| 10/25/2024 | 16 | STIPULATION re 11 MOTION to Dismiss *Plaintiffs' Complaint for Improper Venue or, in the Alternative, Transfer Venue, or Compel Arbitration and Dismiss Plaintiffs' Complaint* by KEVIN FOOTE, BRANDON TATE, BRENT TATE. (BAER, BENJAMIN) (Entered: 10/25/2024) |
| 10/29/2024 | 17 | STIPULATION AND ORDER EXTENDING TIME (UNTIL 11/1/24) FOR PLAINTIFFS TO RESPOND TO DEFENDANTS OMNIBUS MOTION TO DISMISS PLAINTIFFS COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TRANSFER VENUE, OR COMPEL ARBITRATION AND DISMISS PLAINTIFFS COMPLAINT SIGNED BY DISTRICT JUDGE MIA ROBERTS PEREZ ON 10/29/24. 10/29/24 ENTERED & E–MAILED.(fdc) (Entered: 10/29/2024) |
| 11/01/2024 | 18 | RESPONSE in Opposition re 11 MOTION to Dismiss *Plaintiffs' Complaint for Improper Venue or, in the Alternative, Transfer Venue, or Compel Arbitration and Dismiss Plaintiffs' Complaint* filed by KEVIN FOOTE, BRANDON TATE, BRENT TATE. (Attachments: # 1 Text of Proposed Order)(BAER, BENJAMIN) (Entered: 11/01/2024) |
| 11/08/2024 | 19 | REPLY to Response to Motion re 11 MOTION to Dismiss *Plaintiffs' Complaint for Improper Venue or, in the Alternative, Transfer Venue, or Compel Arbitration and Dismiss Plaintiffs' Complaint* filed by ALL ELITE WRESTLING, LLC, TONY KHAN, IAN RICCABONI. (MCGUIRE, JAMES) (Entered: 11/08/2024) |
| 11/12/2024 | 20 | APPLICATION for Admission Pro Hac Vice of Bill Tyler White by ALL ELITE WRESTLING, LLC, IAN RICCABONI, TONY KHAN. ( Filing fee $ 75 receipt number APAEDC–17872470.). (THORNTON, DANIEL) (Entered: 11/12/2024) |

| 11/13/2024 | 21 | ORDER THAT THE APPLICATION FOR PRO HAC VICE ADMISSION OF BILL TYLER WHITE IS GRANTED. SIGNED BY DISTRICT JUDGE MIA ROBERTS PEREZ ON 11/13/24. 11/13/24 ENTERED AND COPIES E–MAILED.(rf, ) (Entered: 11/13/2024) |
|---|---|---|
| 11/21/2024 | 22 | ORDER THAT DEFENDANTS' OMNIBUS 11 MOTION TO DISMISS IS GRANTED TO THE EXTENT IT SEEKS TO TRANSER VENUE. THIS CASE IS HEREBY TRANSFERRED TO THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA. SIGNED BY DISTRICT JUDGE MIA ROBERTS PEREZ ON 11/21/24.11/21/24 ENTERED & E–MAILED.(fdc) (Entered: 11/21/2024) |