UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KEVIN FOOTE, et al.,

    Plaintiff,

v.                                    Case No.: 3:24-cv-1206-HES-MCR

ALL ELITE
WRESTLING, LLC, et al.,

    Defendants.
_____/

## O R D E R

This cause is before this Court on the "Defendants' Unopposed Motion to Stay Discovery and Case Management Obligations Pending the Court's Ruling on Compelling Arbitration" (Dkt. 27). The plaintiffs filed this case in the Philadelphia Court of Common Pleas in August 2024. (Dkt. 1-2). On October 4, 2024, the defendants removed this case to the District Court for the Eastern District of Pennsylvania ("EDPA"). (Dkt. 1). One week later, the defendants moved to dismiss the case for improper venue or, in the alternative, to transfer venue or compel arbitration. (Dkt. 11). On November 21, the district court in Pennsylvania granted the defendants' motion to transfer venue. (Dkt. 22). The next day, this case was transferred to the Middle District of Florida and assigned to the undersigned. (Dkt. 23).

The defendants now move stay discovery until this Court determines whether it will compel arbitration. (Dkt. 27). Though there is no motion to compel arbitration pending before this Court, the defendants ask this Court to "reactivate" the motion to compel that they filed in EDPA. (*Id.* at 2). This Court will not revisit part of a motion that has already been ruled on by another court. But the defendants may file a new motion to compel arbitration and this case will be stayed until that motion is decided.

Accordingly, it is **ORDERED**:

1. "Defendants' Unopposed Motion to Stay Discovery and Case Management Obligations Pending the Court's Ruling on Compelling Arbitration" (Dkt. 27) is **GRANTED** to the extent that this case is hereby stayed until this Court determines whether to compel arbitration but **DENIED** to the extent that the defendants ask this Court to "reactivate" their motion to compel;

2. The defendants may file a new motion to compel arbitration before this Court within seven days after this Order is entered;

3. If the defendants do not move to compel arbitration within seven days, the stay will be lifted;

4. The plaintiffs may file an opposition within seven days after the defendants move to compel arbitration.

**DONE and ENTERED** at Jacksonville, Florida this 3rd day of

, 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Benjamin Baer, Esq.
Stephen P. New, Esq.
B. Tyler White, Esq.
James D. McGuire, Esq.
Daniel Frederick Thornton, Esq.