# EXHIBIT A

# Independent Contractor/ Talent Agreement of Ian Riccaboni (proposed for filing under seal)

# EXHIBIT B

# Independent Contractor/ Talent Agreement of Kevin Foote (proposed for filing under seal)

# EXHIBIT C

# Independent Contractor/ Wrestler Agreement of Brandon Tate (proposed for filing under seal)

# EXHIBIT D

# Independent Contractor/ Wrestler Agreement of Brent Tate (proposed for filing under seal)