IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN FOOTE (aka Kevin Kelly), Individually and on behalf of all others similarly situated; <br><br> BRANDON TATE, Individually and on behalf of all others similarly situated; and <br><br> BRENT TATE, Individually and on behalf of all others similarly situated; <br><br>     Plaintiffs, <br><br> v. <br><br> ALL ELITE WRESTLING, LLC; <br><br> IAN RICCABONI; and <br><br> TONY KHAN; <br><br>     Defendants. | Civil Action No. 2:24-cv-05351 |

### DECLARATION OF CHRIS HARRINGTON

I, Chris Harrington, declare that I am of full age and that, if called upon to testify under oath, I could and would testify competently to the following:

1.   I currently serve in the position of Senior Vice President for Business Strategy for All Elite Wrestling, LLC ("AEW"), and I have been working for a wrestling promotion for 6 years. Prior to that, for 12 years, I was engaged in

1

wrestling industry-related work as a content creator, which required me to possess significant industry knowledge and be up to date on industry-related trends.

2. I make this declaration based upon my knowledge of AEW's operations, my review of AEW's business records, and my knowledge of standard contract practices within the wrestling industry.

3. AEW is headquartered at EverBank Stadium in Jacksonville, Florida.

4. The following of AEW's business units, which performed functions that were essential to the negotiation, formation, performance, and termination of Plaintiffs' agreements are housed at AEW's headquarters in Jacksonville, Florida: administration, human resources, payroll and finance, and legal.

5. The following individuals, whose positions are housed at AEW's headquarters in Jacksonville, Florida, were involved in the negotiations, formation, and/or termination of Plaintiffs' respective agreements: Antony Khan, Karen Gaskill, Margaret Stalvey, Christopher Peck, Chad Glenn, Erin Foster, Connor Winn, and Sejla Stresser.

6. Negotiations for Plaintiffs' agreements on behalf of AEW primarily took place in Jacksonville, Florida.

7. AEW drafted, signed, and terminated Plaintiff Foote's agreement primarily in Florida.

8. AEW drafted, signed, and terminated Plaintiffs Brandon and Brent Tate's agreements primarily in Florida.

9. At all times material to this action, none of the individuals or business units involved with Plaintiffs' agreements were housed in Pennsylvania and no action taken by AEW with respect to Plaintiffs or their agreements occurred in Pennsylvania.

10. Based on my extensive knowledge of the wrestling industry, arbitration agreements between wrestling promotions and talent or wrestlers are a standard industry practice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed on October 8, 2024.

*Chris Harrington*
Chris Harrington
Senior Vice President, Business Strategy
All Elite Wrestling, LLC