IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN FOOTE (aka Kevin Kelly), Individually and on behalf of all others similarly situated; <br><br> BRANDON TATE, Individually and on behalf of all others similarly situated; and <br><br> BRENT TATE, Individually and on behalf of all others similarly situated; <br><br>     Plaintiffs, <br><br> v. <br><br> ALL ELITE WRESTLING, LLC; <br><br> IAN RICCABONI; and <br><br> TONY KHAN; <br><br>     Defendants. | Civil Action No. 2:24-cv-05351 |

## DECLARATION OF IAN RICCABONI

I, Ian Riccaboni, declare that I am of full age and that, if called upon to testify under oath, I could and would testify competently to the following:

1. I make this declaration based upon my personal knowledge about my own contract with All Elite Wrestling, LLC ("AEW"), and my knowledge about standard contract clauses in the wrestling industry.

1

2. I am a career wrestling commentator who has been engaged as contracted talent with 2 different wrestling promotions over a span of 7 years.

3. I entered into my current talent agreement with AEW on July 7, 2023. *See* Exhibit A to Motion.

4. During the negotiations of my talent agreement, Christopher Harrington and Christopher Peck were involved on behalf of AEW.

5. Christopher Harrington and Christopher Peck's positions are housed at AEW's headquarters in Jacksonville, Florida.

6. As a wrestling commentator for 11 years who has worked with eight promotions, I am familiar with arbitration agreements like the one contained in Section 16.1 of my agreement because they are an industry-standard practice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed on October 8, 2024.

_____
Ian Riccaboni