UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KEVIN FOOTE, ET AL.,

    Plaintiffs,

v.                                            Case No. 3:24-CV-01206

ALL ELITE WRESTLING, LLC, ET AL.,

    Defendants.

_____

**TONY KHAN'S DISCLOSURE STATEMENT
UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒ No.

    ☐ Yes, and

        ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☐ The filer has no parent corporation.

        ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☐ No.

☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

Antony ("Tony") Khan is a citizen of Florida

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

    ☒ No.

    ☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

    ☐ No.

    ☒ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

    ☒ No.

    ☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

    ☒ No.

    ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e.    Has the filer identified any corporation?

    ☒    No.

    ☐    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f.    Has the filer identified any natural person?

    ☐    No.

    ☒    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

    ☐    No.

    ☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

B. Tyler White, Esq.
James D. McGuire, Esq.
Stephen P. New, Esq.
Jackson Lewis P.C.
Ian Riccaboni
All Elite Wrestling, LLC
Beatnik Investments, LLC

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒ No.

☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

☒ No.

☐ Yes, and the debtor is [].

☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

☒ No.

☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

☒ No.

☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒ Yes.

Signed:

JACKSON LEWIS P.C.

By: /s/ B. Tyler White
B. Tyler White, FBN: 0038213
Tyler.White@jacksonlewis.com
James D. McGuire, FBN: 1032198
James.McGuire@jacksonlewis.com
501 Riverside Avenue, Suite 902
Jacksonville, FL  32202
Tele: 904-638-2655
Fax:  904-638-2656
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of January 2025, a true and correct copy of the foregoing was filed via CM/ECF and served via e-mail to the following counsel of record:

Stephen P. New, Esq.
New Taylor and Associates
430 Harper Park Drive
Beckley, WV 25801
steve@newlawoffice.com

*Attorney for Plaintiffs*

/s/B. Tyler White
Attorney

5