UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KEVIN FOOTE (aka Kevin Kelly),
Individually and on behalf of all others
similarly situated, et al.;

        Plaintiffs,

v.                                Case No. 3:24-CV-1206-HES-MCR

ALL ELITE WRESTLING, LLC, et al.;

        Defendants.

## AFFIDAVIT OF ATTORNEY STEPHEN P. NEW

Now comes Attorney Stephen P. New, being first duly sworn, and deposes and states that:

1. I am the attorney for Plaintiffs in the above-captioned matter; have personal knowledge of matter herein; and, am competent to testify.

2. I did not receive notification of this Court's Notices of November 22, 2024 [ECF 25] requiring counsel to be admitted *pro hac vice*.

3. I did not receive this Court's January 3, 2025 *Order* [ECF 28] requiring counsel to respond to any motion to compel arbitration within seven (7) days of filing.

4. I also did not receive this Court's January 6, 2025 *Order* [ECF 32] requiring counsel to be admitted *pro hac vice*.

5. I was not admitted *pro hac vice* until January 13, 2025 and was not a registered user of the electronic-filing system at the time of the Notice and *Orders* were served.

6. I did not receive the Notice and *Orders* by ordinary mail.

Further, Affiant saith naught.

_____
Attorney Stephen P. New

State of West Virginia
County of Raleigh

Sworn to and subscribed in my presence this ___29___ day of January, 2025.

_____
Notary Public
My Commission Expires February 1, 2026

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Erin C. Hayhurst
7 Sutton Pl
Oak Hill, WV 25901
My Commission Expires February 1, 2026