**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KEVIN FOOTE (aka Kevin Kelly),
Individually and on behalf of all others
similarly situated, et al.;

    Plaintiffs,

v.                                                     Case No. 3:24-CV-1206-HES-MCR

ALL ELITE WRESTLING, LLC, et al.;

    Defendants.

---

1. I am the attorney for Plaintiffs in the above-captioned matter; have personal knowledge of matter herein; and, am competent to testify.

2. I served in a local counsel capacity while the Action was pending in the Philadelphia Court of Common Pleas and the Eastern District of Pennsylvania.

3. I did not receive notification of this Court's Notices of November 22, 2024 [ECF 25] requiring counsel to be admitted *pro hac vice*.

4. On approximately, January 14, 2025, I did receive this Court's January 3, 2025 *Order* [ECF 28] granting the Defendants' unopposed Motion to Stay Discovery and Case Management Obligations Pending

Court's Ruling On Compelling Arbitration (Dkt. 27). At that time, I was aware that the Court Ordered Plaintiff to file an opposition to arbitration within seven (7) days after defendants move to compel arbitration. However, I never received the Defendant's Motion to Compel Arbitration. As such, I had no idea that Plaintiff needed to respond to a pending Motion to Compel Arbitration.

5. I did not receive this Court's January 6, 2025 *Order* [ECF 31] requiring counsel to be admitted *pro hac vice*.

6. To the best of my knowledge, other than this Court's January 3, 2025 *Order* [ECF 28] I did not receive any other correspondence, Notices, or *Orders* by ordinary mail.

Further, Affiant saith naught.

_____
Attorney Benjamin Baer

State of Pennsylvania
County of Philadelphia

Sworn to and subscribed in my presence this ___29th___ day of January, 2025.

_____
Nicole O'Neill
Notary Public
My Commission Expires 5/31/28

Commonwealth of Pennsylvania - Notary Seal
Nicole O'Neill, Notary Public
Philadelphia County
My commission expires May 31, 2028
Commission number 1447845
Pennsylvania Association of Notaries