## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

KEVIN FOOTE (aka Kevin Kelly),
Individually and on behalf of all others
similarly situated, et al.;

      Plaintiffs,

v.                                      Case No. 3:24-CV-1206-HES-MCR

ALL ELITE WRESTLING, LLC, et al.;

      Defendants.
_____

**PLAINTIFFS' MOTION TO SUBSTITUTE EXHIBIT TO PLAINTIFFS'
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE TO DEFENDANTS' MOTION TO COMPEL
ARBITRATION AND DISMISS THIS ACTION**

    COMES NOW Plaintiffs, by and through undersigned counsel and hereby states as follows:

1. On January 29, 2025, Plaintiffs filed an Unopposed Motion for Extension of Time to File A Response to Defendants' Motion to Compel Arbitration and Dismiss This Action. [ECF 43].

2. Attached to this Motion, was an Affidavit executed by Plaintiffs' Counsel, Mr. New as Exhibit A.

1

3. Counsel has since clarified the assertions in the Affidavit and wishes to substitute this Amended Affidavit with the previously filed Affidavit as Exhibit A.

4. The clarified Amended Affidavit, states that Mr. New did not receive the *Notice* and *Orders* from the Court, prior to registering for the CM/ECF e-filing. Mr. New did receive a courtesy copy of the January 3, 2025 Order from Defendants' counsel on January 7, 2025.

5. Plaintiffs hereby move to substitute this Amended Affidavit, which is attached hereto.

For the foregoing reasons, Plaintiffs respectfully request that that this Court **GRANT** *Plaintiffs' Motion to Substitute Exhibit to Plaintiffs' Unopposed Motion for Extension of Time to File a Response to Defendants' Motion to Compel Arbitration and Dismiss this Action.*

Kevin Foote, et al.

By Counsel:

s/Stephen P. New
Stephen New (pro hac vice)
Stephen New & Associates
430 Harper Park Drive
 Beckley, WV 25801
Steve@newlawoffice.com
304-250-6017

*Lead Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 30th day of January 2025, a true and accurate copy of the foregoing was electronically filed with the Court by using the CM/ECF system, and was served via electronic mail to the following counsel of record:

JACKSON LEWIS P.C. B.
Tyler White, FBN: 0038213
Tyler.White@jacksonlewis.com
James D. McGuire, FBN: 1032198
James.McGuire@jacksonlewis.com
501 Riverside Avenue, Suite 902
Jacksonville, FL 32202
Tele: 904-638-2655
Fax: 904-638-2656
*Counsel for Defendants*