## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

KEVIN FOOTE (aka Kevin Kelly),
Individually and on behalf of all others
similarly situated, et al.;

        Plaintiffs,

v.                              Case No. 3:24-CV-1206-HES-MCR

ALL ELITE WRESTLING, LLC, et al.;

        Defendants.

## AMENDED AFFIDAVIT OF ATTORNEY STEPHEN P. NEW

Now comes Attorney Stephen P. New, being first duly sworn, and deposes and states that:

1. I am the attorney for Plaintiffs in the above-captioned matter; have personal knowledge of matter herein; and, am competent to testify.

2. I did not receive notification of this Court's Notices of November 22, 2024 [ECF 25] requiring counsel to be admitted *pro hac vice* from the Court.

3. I did not receive this Court's January 3, 2025 *Order* [ECF 28] requiring counsel to respond to any motion to compel arbitration within seven (7) days of filing from the Court.

4. I also did not receive this Court's January 6, 2025 *Order* [ECF 32] requiring counsel to be admitted *pro hac vice* from the Court.

5. I was not admitted *pro hac vice* until January 13, 2025 and was not a registered user of the electronic-filing system at the time of the Notice and *Orders* were served, and I did not receive these documents from the Court.

6. I did not receive the Notice and *Orders* by ordinary mail, as it is stated in the *Order*.

7. Plaintiffs' counsel did receive the *Order* from Defendants' counsel via email on January 7, 2025.

Further, Affiant saith naught.

Attorney Stephen P. New

State of West Virginia
County of Raleigh

Sworn to and subscribed in my presence this ___30th___ day of January, 2025.

Notary Public



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Erin C. Hayhurst
7 Sutton Pl
Oak Hill, WV 25901
My Commission Expires February 1, 2026

My Commission Expires February 1, 2026