# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KEVIN FOOTE (aka Kevin Kelly),
Individually and on behalf of all others
similarly situated, et al.;

      Plaintiffs,

v.   Case No. 3:24-CV-1206-HES-MCR

ALL ELITE WRESTLING, LLC, et al.;

      Defendants.

_____

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Benjamin J. Baer as counsel of record for Plaintiffs and pursuant to Florida Rules of General Practice and Judicial Administrations 2.505(f)(1), and for good cause state herein, respectfully move this Court to withdraw as counsel. In support of their motion, counsel states as follows:

1. The United States District Court for the Middle District of Florida Jacksonville Division will retain jurisdiction provided that an Order is entered permitting counsel to withdraw.

2. Provided that an Order is entered granting counsel's motion, Plaintiff will continue to be represented by Stephen P. New and Christopher Kellam, who will have the obligation of keeping the Court informed where notice, pleadings, or other papers may be served.

3. Provided that an Order is entered granting counsels' motion Plaintiff will continue to be represented by Stephen P. New and Christopher Kellam, who will have the obligation of preparing for trial or hire other counsel to prepare for trial when the date has been set.

4. This motion is filed more than ninety (90) days prior to the trial of this matter.

5. The dates of any proceedings, including trial, and the holding of any such proceedings will not be affected by the withdrawal of counsel.

**WHEREFORE**, Counsel request this Honorable Court grant this request to withdraw.

By Counsel:

/s/Stephen P. New
Stephen New (pro hac vice)
Stephen New & Associates
430 Harper Park Drive
Beckley, WV 25801
Steve@newlawoffice.com
304-250-6017
*Lead Counsel for Plaintiff*

/s/Benjamin Baer
Benjamin J. Baer
1628 JFK Blvd., Suite 1302
Philadelphia, PA 19103
215-402-2442

/s/Christopher Kellam
Christopher Kellam, Esq.
Florida Bar Number 59989
(Member of the Middle District of Florida)
Keller Swan, PLLC
759 Parkway Street, Suite 202
Jupiter, Florida 33477
(561)453-0626
ckellam@kellerswan.com

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

KEVIN FOOTE (aka Kevin Kelly),
Individually and on behalf of all others
similarly situated, et al.;

   Plaintiffs,

v.            Case No. 3:24-CV-1206-HES-MCR

ALL ELITE WRESTLING, LLC, et al.;

   Defendants.
_____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 23rd day of April 2025, a true and accurate copy of the foregoing was electronically filed with the Court by using the CM/ECF system, and was served via electronic mail to the following counsel of record:

JACKSON LEWIS P.C. B.
Tyler White, FBN: 0038213
Tyler.White@jacksonlewis.com
James D. McGuire, FBN: 1032198
James.McGuire@jacksonlewis.com
501 Riverside Avenue, Suite 902
Jacksonville, FL 32202
Tele: 904-638-2655
Fax: 904-638-2656
*Counsel for Defendants*