# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KEVIN FOOTE (aka Kevin Kelly),
Individually and on behalf of all others
similarly situated, et al.;

          Plaintiffs,

v.                                    Case No. 3:24-CV-1206-HES-MCR

ALL ELITE WRESTLING, LLC, et al.;

          Defendants.

_____

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

COMES NOW Benjamin J. Baer as counsel of record for Plaintiffs and pursuant to Florida Rules of General Practice and Judicial Administrations 2.505(f)(1), and pursuant to the Middle District of Florida Local Rules, and for good cause state herein, respectfully move this Court to withdraw as counsel. In support of their motion, counsel states as follows:

## MEMORANDUM OF LAW

1. The United States District Court for the Middle District of Florida Jacksonville Division will retain jurisdiction provided that an Order is entered permitting counsel to withdraw.

2.      Provided that an Order is entered granting counsel's motion, Plaintiff will continue to be represented by Stephen P. New, who will have the obligation of keeping the Court informed where notice, pleadings, or other papers may be served.

3.      Provided that an Order is entered granting counsels' motion, Plaintiff will continue to be represented by Stephen P. New, who will have the obligation of preparing for trial or hire other counsel to prepare for trial when the date has been set.

4.      This motion is filed more than ninety (90) days prior to the trial of this matter and will not affect the trial or other proceedings in this matter.

5.      The dates of any proceedings, including trial, and the holding of any such proceedings will not be affected by the withdrawal of counsel.

6.      The clients consent to the withdrawal of Mr. Baer. See, Certification attached hereto as Exhibit A.

7.      Counsel has conferred prior to filing this Motion and there is no objection by any of the Parties, as discussed in Local Rule 3.01(G) certification below.

**WHEREFORE**, Counsel request this Honorable Court grant this request to withdraw.

By Counsel:

/s/Benjamin Baer
Benjamin J. Baer
1628 JFK Blvd., Suite 1302
Philadelphia, PA 19103
215-402-2442

/s/Stephen P. New
Stephen New (pro hac vice)
Stephen New & Associates
430 Harper Park Drive
 Beckley, WV 25801
Steve@newlawoffice.com
304-250-6017
*Lead Counsel for Plaintiff*

/s/Christopher Kellam
Christopher Kellam, Esq.
Florida Bar Number 59989
(Member of the Middle District of
Florida)
Keller Swan, PLLC
759 Parkway Street, Suite 202
Jupiter, Florida 33477
(561)453-0626
ckellam@kellerswan.com

Local Rule 3.01(g) Certification

The undersigned certifies that counsel conferred via email on April 23, 2025, and there is no opposition by any of the Parties.

DATED: May 28, 2025

/s/Benjamin Baer
Benjamin J. Baer
1628 JFK Blvd., Suite 1302
Philadelphia, PA 19103
215-402-2442

/s/Stephen P. New
Stephen New (pro hac vice)
Stephen New & Associates
430 Harper Park Drive
 Beckley, WV 25801
Steve@newlawoffice.com
304-250-6017
*Lead Counsel for Plaintiff*

/s/Christopher Kellam
Christopher Kellam, Esq.
Florida Bar Number 59989
(Member of the Middle District of Florida)
Keller Swan, PLLC
759 Parkway Street, Suite 202
Jupiter, Florida 33477

(561)453-0626
ckellam@kellerswan.com


**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that, on this 28th day of May 2025, a true and accurate copy of the foregoing was electronically filed with the Court by using the CM/ECF system, and was served via electronic mail to the following counsel of record:

JACKSON LEWIS P.C. B.
Tyler White, FBN: 0038213
Tyler.White@jacksonlewis.com
James D. McGuire, FBN: 1032198
James.McGuire@jacksonlewis.com
501 Riverside Avenue, Suite 902
Jacksonville, FL 32202
Tele: 904-638-2655
Fax: 904-638-2656
*Counsel for Defendants*

/s/Stephen P. New
Stephen New (pro hac vice)