## CERTIFICATION

I, Benjamin J. Baer, certify that I have filed a motion to withdraw as counsel for Plaintiffs, Kevin Foote (aka Kevin Kelly), Ind. and on behalf of all others similarly situated. I further certify that Plaintiffs have consented to my withdrawal as counsel. I am unaware of any reason why this motion should not be granted.

/s/Benjamin J. Baer
BENJAMIN J. BAER, ESQUIRE