UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**KEVIN FOOTE, ET AL.,**

    **Plaintiffs,**

v.                                               Case No. 3:24-CV-01206-HES-MCR

**ALL ELITE WRESTLING, LLC,
ET AL.,**

    **Defendants.**

_____

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

    James D. McGuire, Esq., Florida Bar No. 1032198, pursuant to M.D. Fla. Local Rule 2.02(c), moves to withdraw as counsel for Defendants in this action because he is resigning from the law firm Jackson Lewis P.C. Jackson Lewis P.C., through B. Tyler White, Esq., will continue representing Defendants in the instant matter, and this withdrawal will not result in any undue delay or prejudice. Further, consistent with Local Rule, 2.02(c), the undersigned certifies that he has provided the required notice to Defendants, and each of the Defendants consents to the undersigned's withdrawal.

**LOCAL RULE 3.01(G) CERTIFICATE**

    The undersigned certifies that he has conferred via email with counsel for Stephen P. New, Esq., who indicated that Plaintiffs do not object to his withdrawal.

Dated this 9th day of July 2025.

                                          Signed:

                                          JACKSON LEWIS P.C.

                                          By: /s/ *James D. McGuire*
                                          James D. McGuire, FBN: 1032198
                                          James.McGuire@jacksonlewis.com
                                          B. Tyler White, FBN: 0038213
                                          Tyler.White@jacksonlewis.com
                                          501 Riverside Avenue, Suite 902
                                          Jacksonville, FL  32202
                                          Tele: 904-638-2655
                                          Fax:  904-638-2656

                                          *Counsel for Defendants*