# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**KEVIN FOOTE, et al.,**

    Plaintiffs,

v.                                              Case No. 3:24-cv-1206-HES-MCR

**ALL ELITE WRESTLING, LLC, et al.,**

    Defendants

_____

## NOTICE OF APPEAL

Plaintiff Kevin Foote, individually and on behalf of all others similarly situated, et al., hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order on Defendants' Motion to Compel Arbitration and Dismiss the Action (Dkt. 53), entered on June 11, 2025, in the United States District Court for the Middle District of Florida.

    Respectfully submitted,

    By: /s/ Stephen P. New
    Stephen New (pro hac vice)
    Stephen New & Associates
    430 Harper Park Drive
    Beckley, WV  25801
    Steve@newlawofice.com
    304-250-6017
    *Lead Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 11th day of July, 2025, a true and accurate copy of the foregoing was electronically filed with the Court by using the CM/ECF system, and was served via electronic email to the following counsel of record.

JACKSON LEWIS P.C.B.
Tyler White, FBN:  0038213
Tyler.White@jacksonlewis.com
James D. McGuire, FBN:  1032198
James.McGuire@jacksonlewis.com
501 Riverside Avenue, Suite 902
Jacksonville, FL  32202
Tele:  904-638-2655
Fax:  904-638-2656
*Counsel for Defendants*