**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-12404
Non-Argument Calendar
_____

KEVIN FOOTE,
    Individually and on behalf of all others
    similarly situated agent of,
    a.k.a. Kevin Kelly,

*Plaintiff-Appellant,*

BRENT TATE,
    Individually and on behalf of all others
    similarly situated, et al.,

*Plaintiffs,*

*versus*

ALL ELITE WRESTLING, LLC,
IAN RICCABONI,
TONY KHAN,

*Defendants-Appellees.*

2                          Opinion of the Court                    25-12404

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:24-cv-01206-HES-MCR

_____

Before ROSENBAUM, ABUDU, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Kevin Foote appeals from the district court's June 11, 2025, order compelling arbitration and staying the case.

An appeal may not be taken from an interlocutory order that compels arbitration and stays, rather than dismisses, the action. *See* 9 U.S.C. § 16(b)(1)-(3); *Martinez v. Carnival Corp.*, 744 F.3d 1240, 1243 (11th Cir. 2014) (providing that an order compelling arbitration and staying a case is an interlocutory order that cannot be appealed); *Am. Express Fin. Advisors, Inc. v. Makarewicz*, 122 F.3d 936, 939 (11th Cir. 1997) (dismissing for lack of jurisdiction an appeal of an order compelling arbitration, staying proceedings, and administratively closing the case). Because the district court's June 11, 2025, order stayed, rather than dismissed, the case and contemplated further proceedings, we lack jurisdiction to review the order at this time.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 01, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 25-12404-GG
Case Style: Kevin Foote v. All Elite Wrestling, LLC, et al
District Court Docket No: 3:24-cv-01206-HES-MCR

Opinion Issued
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing
The time for filing a petition for panel rehearing or rehearing en banc is governed by 11th Cir. R. 40-2. Please see FRAP 40 and the accompanying circuit rules for information concerning petitions for rehearing. Among other things, **a petition for rehearing <u>must</u> include a Certificate of Interested Persons**. <u>See</u> 11th Cir. R. 40-3.

Costs
Costs are taxed against Appellant(s) / Petitioner(s).

Bill of Costs
If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, <u>see</u> FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1 Ntc of Issuance of Opinion