In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 25-12404

_____

KEVIN FOOTE,
   Individually and on behalf of all others
   similarly situated agent of,
   a.k.a. Kevin Kelly,

*Plaintiff-Appellant,*

BRENT TATE,
   Individually and on behalf of all others
   similarly situated, et al.,

*Plaintiffs,*

*versus*

ALL ELITE WRESTLING, LLC,
IAN RICCABONI,
TONY KHAN,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:24-cv-01206-HES-MCR

_____

JUDGMENT

ISSUED AS MANDATE: OCTOBER 31, 2025

2                                                                                          25-12404

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 1, 2025

For the Court: DAVID J. SMITH, Clerk of Court

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 31, 2025

Clerk - Middle District of Florida
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 25-12404-GG
Case Style: Kevin Foote v. All Elite Wrestling, LLC, et al
District Court Docket No: 3:24-cv-01206-HES-MCR

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel. A copy of the court's decision was previously forwarded to counsel on the date it was issued.

Clerk's Office Phone Numbers
General Information:   404-335-6100    Attorney Admissions:          404-335-6122
Case Administration:   404-335-6135    Capital Cases:                404-335-6200
CM/ECF Help Desk:      404-335-6125    Cases Set for Oral Argument:  404-335-6141

Enclosure(s)

MDT-1 Letter Issuing Mandate