## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**KEVIN FOOTE, ETC., ET AL.,**

    **Plaintiffs,**

**v.**                                               Case No.: 3:24-CV-1206-HES-MCR

**ALL ELITE WRESTLING, LLC, ET AL.,**

    **Defendants.**

_____/

### NOTICE OF APPEARANCE

James D. McGuire, Esq., of the law firm Jackson Lewis P.C., hereby files his Notice of Appearance as counsel for Defendants, All Elite Wrestling, LLC, Tony Khan, and Ian Riccaboni, in the above-referenced matter and requests that all pleadings, briefs, notices, Orders, or documents be served on him at the below listed address.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 9th day of January, 2026.

        Respectfully submitted,

        JACKSON LEWIS, P.C.
        390 N. Orange Avenue, Suite 1285
        Orlando, Florida 32801
        Telephone: (407) 246-8440
        Facsimile: (407) 246-8441

        By: */s/ James D. McGuire*
        James D. McGuire
        Florida Bar No. 1032198
        James.McGuire@jacksonlewis.com
        Shelly.Rundell@jacksonlewis.com
        OrlandoDocket@jacksonlewis.com

        JACKSON LEWIS, P.C.
        501 Riverside Avenue, Suite 902
        Jacksonville, Florida 32202
        Telephone: (904) 638-2655
        Facsimile: (904) 638-2656

        B. Tyler White
        Florida Bar No. 0038213
        Tyler.White@jacksonlewis.com
        Megan.Pina@jacksonlewis.com
        JacksonvilleDocketing@jacksonlewis.com

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 9th day of January, 2026, a true and correct copy of the foregoing has been filed via CM/ECF which will serve the following counsel of record:

>Stephen P. New, Esq.
>NEW TAYLOR AND ASSOCIATES
>430 Harper Park Drive
>Beckley, WV 25801
>steve@newlawoffiice.com
>
>*Counsel for Plaintiffs*
>
>   */s/ James D. McGuire*
>Attorney
>4900-7546-9959, v. 1